RECEIVED
MAR - 4 2011
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SCOTTRADE, INC., )
    )
    Plaintiff(s), )
    )
vs. ) Case No. 4:09CV01855 SNLJ
    )
THE ST. PAUL MERCURY INSURANCE )
COMPANY, )
    )
    Defendant(s). )

### ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office:

---

### Option 1

☐    An ADR conference has been held. The neutral elects to extend the deadline for completing ADR for _____ days [not to exceed fourteen additional days] and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case. All other extensions require court approval.*

---

### Option 2

☑    A final ADR conference was held on: **February 28th + March 1st, 2011**

☑    All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

☐    The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____.

The ADR referral was concluded on **March 1, 2011**. The parties [☑ did  ☐ did not] achieve a settlement. *Check one*

---

### Option 3

☐    Although this case was referred to ADR, a conference WAS NOT HELD.

Date **March 3, 2011**            Neutral *Gerald R. Ortbals*  /s/ Gerald R. Ortbals
                                          ORTBALS, GERALD R.
                                          Signature